## BAKER *vs.* STEWART.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

*Where the answer of the defendant admits the debt claimed, but avers it was contracted while he was in partnership with another person, and there is no proof of the partnership, the plaintiff will recover as on a confession of the debt.*

The plaintiff, as surviving partner in the community existing between her and her late husband, and as natural tutrix of her minor child, sues to recover the balance of an account of three hundred and thirty-seven dollars due the community.

The defendant avers, that at the time of the purchase of the articles in the account, he was in partnership with another person, who should have been sued jointly with him. He denies the plaintiff's right to recover in the capacity in which she has instituted suit, or against him alone, and prays to be dismissed with his costs.

The plaintiff proved her capacity and right to sue, and upon this evidence and the confession of the debt in the answer, judgment was rendered against the defendant in her favor for the sum claimed. The defendant appealed.

*Benjamin*, for the plaintiff.

*Roselius*, for the appellant.

*Mathews, J.*, delivered the opinion of the court.

This suit is brought by a widow, holding property in community with the succession of her deceased husband, and as tutrix of her minor child.

The answer does not deny the debt, but alleges that it was contracted by the defendant whilst he was in partnership with another person, &c. The right of the plaintiff to sue in

EASTERN DIST. the capacities assumed, is also denied.    There was judgment
February, 1836. for her in the court below, from which the defendant appealed.

RIKER
*vs.*
HIS CREDITORS.      The record contains proof of the right of the plaintiff to
                    maintain the action, according to the allegations of her
Where the an-      petition ; and the answer was considered as a confession of
swer of the de-
fendant admits     the debt, in which we think there is no error.    No evidence
the debt claim-    appears to have been adduced to prove the partnership
ed, but avers it
was    contract-   alleged, and if there had been proof of this fact, it probably
ed   while   he
was in partner-    would not have altered the correctness of the conclusion of
ship with ano-     the court below ; for if they were commercial partners, they
ther person, and
there is no proof  were bound *in solido.*
of the partner-
ship, the plain-
tiff will recover     It is, therefore, ordered, adjudged and decreed, that the
as on a confes-
sion of the debt.  judgment of the District Court be affirmed, with costs.